USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2022

Law Offices of
# JAMES E. BAHAMONDE, P.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

June 16, 2022

**BY ECF**

Hon. Analisa Torres
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

      RE.   *Norman v. Three In One Equities, LLC, et al.*
            **22cv3173 (AT)(JLC)**

Dear Judge Torres:

I represent the plaintiff in the above referenced action and submit this letter motion seeking an adjournment of the initial conference scheduled for June 17, 2022.

Although duly served, each defendant has failed to respond to the Summons and Complaint. As such, my office has sent notice to Defendants of the summons and complaint by priority mail. If we do not receive a response by June 24, 2022, I will seek a Certificate of Default and proceed with filing a motion seeking a default judgment.

Thank you very much for your consideration and are available to address any questions the court may have.

---

GRANTED. By **July 1, 2022**, the parties shall file their joint letter and proposed case management plan. If Defendants have not appeared by **June 24, 2022**, Plaintiff shall move for a default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: June 17, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge