AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| KIMMARIE NORMAN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-03173-AT |
| THREE IN ONE EQUITIES, LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant THREE IN ONE EQUITIES, LLC .

Date: 06/20/2022

*Attorney's signature*

Katharine S. Santos (KS8394)
*Printed name and bar number*

VALIOTIS & ASSOCIATES PLLC
31-10 37th Avenue, Suite 500
Long Island City, New York 11101
*Address*

ksantos@almarealty.com
*E-mail address*

(718) 906-7118
*Telephone number*

(718) 267-0329
*FAX number*