**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KIMMARIE NORMAN | Plaintiff, |
| **-v-** | |
| THREE IN ONE EQUITIES, LLC and 3 STAR DELI GROCERY INC. | Defendant. |

Case  No. 1:22-cv-3173-AT

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

THREE IN ONE EQUITIES, LLC                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 6/20/2022

_____
**Signature of Attorney**

**Attorney Bar Code:** KS8394

Form Rule7_1.pdf   SDNY Web 10/2007