```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMMARIE NORMAN, Individually and on Behalf of All Others Similarly Situated,

                   Plaintiff,

-against-

THREE IN ONE EQUITIES, LLC and 3 STAR DELI GROCERY INC.,

                   Defendants.

22 Civ. 3173 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 17, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by July 1, 2022. ECF No. 15. These submissions are overdue. Accordingly, by **July 13, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 6, 2022
       New York, New York

                                                 ANALISA TORRES
                                     United States District Judge