**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KIMMARIE NORMAN, individually and on behalf
of all others similarly situated,

                      Plaintiff,

      -against-                                                  22 **CIVIL** 3173 (JLR)

                                                                          **JUDGMENT**

THREE IN ONE EQUITIES, LLC,

                      Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2024, the Court has ADOPTED the thorough and well-reasoned Report in its entirety. Judgment is entered in favor of Plaintiff in the total amount of $30,189.66. In light of the clear notice provided in the Report, the lack of any timely objections precludes appellate review of this decision.

**Dated:**  New York, New York

      March 6, 2024

                                                                     **RUBY J. KRAJICK**
                                                                     **Clerk of Court**

                              **BY:**      *K. Mango*

                                                                       **Deputy Clerk**